**Dismissed; Opinion Filed February 13, 2017.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01128-CR

**JUSTIN HILLE, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F05-72778-J**

## MEMORANDUM OPINION

Before Justices Evans, Stoddart, and Boatright
Opinion by Justice Stoddart

The Court has before it appellant's February 3, 2017 motion to dismiss this appeal. Appellant's counsel has approved the motion, and appellant has signed it as well. The Court grants the motion and orders the appeal be dismissed and the decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

Do Not Publish
TEX. R. APP. P. 47.2(b)
161128F.U05

/Craig Stoddart/
CRAIG STODDART
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

JUSTIN HILLE, Appellant

No. 05-16-01128-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 3, Dallas County, Texas
Trial Court Cause No. F05-72778-J.
Opinion delivered by Justice Stoddart,
Justices Evans and Boatright participating.

    Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered this 13th day of February, 2017.